1052

[No. 13685-0-III.     Division Three.     April 20, 1995.]

JOSEPH C. BOUGHTER, *Appellant*, v. THE CITY OF
SPOKANE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-2-00598-3, Robert D. Austin, J., entered November 12, 1993. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Munson, J.

[No. 13782-1-III.     Division Three.     April 20, 1995.]

JACK E. KLINE, *Appellant*, v. RENEE D. WILCOX, ET AL,
*Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-2-00747-1, Larry M. Kristianson, J., entered January 6, 1994. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, A.C.J., and Munson, J.

[No. 12878-4-III.     Division Three.     April 20, 1995.]

GRANT I. GAGE, ET AL, *Appellants*, v. PATRICK HODGES, ET
AL, *Defendants*, KIM PARCEL, *Respondent*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 92-2-00034-5, Michael E. Cooper, J., entered November 23, 1992. *Affirmed in part* and *reversed in part* by unpublished opinion per Sweeney, A.C.J., concurred in by Munson and Schultheis, JJ.